IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS MARKS, #191 094, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13-CV-620-WHA |
| | ) [WO] |
| COI M. KEETON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, an inmate confined at the Easterling Correctional Facility located in Clio, Alabama, filed this 42 U.S.C. § 1983 on August 29, 2013. On September 10, 2013 the undersigned entered a Recommendation that the complaint be summarily dismissed under the provisions of 28 U.S.C. § 1915(e)(2)(B). (*See Doc. No. 4*.) Subsequently, Plaintiff filed another § 1983 action against the same defendants on September 12, 2013. *See Marks v. Woods, et al.*, Civil Action No. 2:13-CV-647-WHA (M.D. Ala.). By order filed September 18, 2013 the court consolidated the two complaints due to the identical nature of the claims and defendants in both cases. (*Doc. No. 5*.)

The court now finds that, due to the similarity of claims and defendants presented in both Civil Action No. 2:13-CV-620-WHA and Civil Action No. 2:13-CV-647-WHA, the findings and conclusions made in the September 10, 2013 Recommendation of the Magistrate Judge apply with equal force and effect with regard to the allegations presented in Civil Action No. 2:13-CV-647-WHA, and such claims are, therefore, subject to dismissal for the

reasons stated in the September 10, 2013 Recommendation.

In light of the foregoing, it is the RECOMMENDATION of the Magistrate Judge that the allegations presented in *Marks v. Woods, et al.*, Civil Action 2:13-CV-647-WHA, be DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i & ii) for the reasons stated in the September 10, 2013 Recommendation of the Magistrate Judge. (*See Doc. No. 4*.)

It is further

ORDERED that on or before **October 17, 2013** Plaintiff may file an objection to the Supplemental Recommendation. Any objection filed must clearly identify the findings in the Magistrate Judge's Supplemental Recommendation to which Plaintiff objects. Frivolous, conclusive or general objections will not be considered by the District Court. Plaintiff is advised that this Supplemental Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and advisements in the Magistrate Judge's Supplemental Recommendation shall bar the party from a *de novo* determination by the District Court of issues covered in the Supplemental Recommendation and shall bar the party from attacking on appeal factual findings in the Supplemental Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all

decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 3rd day of October 2013.

       /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR
UNITED STATES MAGISTRATE JUDGE