IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS MARKS #191 094, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:13cv620-WHA |
| ) | |
| COI M. KEETON, et al., ) | |
| ) | |
| Defendants. ) | |

_____

| | |
|---|---|
| JULIUS MARKS #191 094, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:13cv647-WHA |
| ) | |
| LT. P. WOODS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

These consolidated cases are before the court on the Recommendation of the Magistrate Judge (Doc. #4) and the Supplemental Recommendation of the Magistrate Judge (Doc. #6), together with the Plaintiff's Objections to the Supplemental Recommendation (Doc. #7).  The court has conducted an independent evaluation and *de novo* review of this case, after which the court finds as follows:

No timely objection was filed to the original Recommendation.  For the reasons stated by the Magistrate Judge in both that Recommendation and the Supplemental Recommendation, the court finds the Plaintiff's objections to be without merit, and they are hereby OVERRULED.

The court ADOPTS the Recommendation (Doc. #4) and the Supplemental Recommendation (Doc. #6), and it is hereby

ORDERED that these consolidated cases are both DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this 5th day of November, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE